

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:    McDonald Oilfield Operations, LLC v. 3B Inspection, LLC Robert Beall, Chris Myrand, Kyle Grant, Patrick Bage and Dylan Rogge

Appellate case number:    01-18-00118-CV

Trial court case number:    17-DCV-247216

Trial court:    268th District Court of Fort Bend County

     Appellant McDonald Oilfield Operations, LLC filed a motion to confirm the continuation of the stay of the trial court proceedings pending the completion of the interlocutory appeal. All proceedings in the trial court are stayed pending the final resolution of this appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(12), (b). Furthermore, "a pleading or motion filed during the pendency of a stay constitutes a violation of that stay and is void." *In re Helena Chem. Co.*, 286 S.W.3d 492, 496–97 (Tex. App.—Corpus Christi 2009) (orig. proceeding); *City of Houston v. Swinerton Builders, Inc.*, 233 S.W.3d 4, 8–9 (Tex. App.—Houston [1st Dist.] 2007, no pet.). Accordingly, we **grant** McDonald Oilfield's motion to confirm. It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
               Acting individually


Date: __February 7, 2019_____